



Western Union Money Order — Turkey Hill Minit Markets (Issuing Agent)

Pay to the order of: Turkey Hill #67
Amount: $500.00
Five Hundred Dollars and No Cents
Money Order No. 17-648476696

