Certificate Number: 05781-PAM-DE-024425784

Bankruptcy Case Number: 14-04179


05781-PAM-DE-024425784

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 25, 2014</u>, at <u>10:48</u> o'clock <u>AM PDT</u>, <u>Vito Focht</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>October 25, 2014</u>          By:   <u>/s/Allison M Geving</u>

                                     Name: <u>Allison M Geving</u>

                                     Title: <u>President</u>