# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314–5 | User: AutoDocketer | Date Created: 5/22/2020 |
| Case: 5:14–bk–04179–RNO | Form ID: fnldecnd | Total: 27 |

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    ustpregion03.ha.ecf@usdoj.gov
tr    Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com
aty    James Warmbrodt    jwarmbrodt@kmllawgroup.com
aty    Jason M Rapa    jrapa@rapalegal.com
aty    Joshua I Goldman    josh.goldman@padgettlawgroup.com
aty    Thomas I Puleo    tpuleo@kmllawgroup.com

    TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Vito K. Focht    25 W. Columbus Ave.    Nesquehoning, PA 18240
4542654    CCS/First National Bank    500 E. 60th St., N.    Sioux Falls, SD 57104
4542649    Capital One    PO Box 30281    Salt Lake City UT 84130
4542650    Capital One    PO Box 30281    Salt Lake City UT 84130
4542653    Capital One Bank    PO BOx 30281    Salt Lake City, UT 84130
4542651    Capital One Bank    PO Box 30281    Salt Lake City UT 84130
4542652    Capital One Bank    PO Box 30281    Salt Lake City, UT 84130
4542655    Diversified Adjustment    600 Coons Rapids Blvd NW    Coon Rapids, MN 55433
4542656    First National Credit Card    PO Box 5097    Sioux Falls SD 57117
4542657    First Premier Bank    PO Box 5519    Sioux Falls, SD 57117
4542659    GE Capital/Walmart    PO Box 965024    Orlando, FL 32896
4542658    Gateway One Lending    3818 E. Coronado St.,    Suite 100    Anaheim, CA 92807
4545507    Gateway One Lending & Finance, LLC    160 N. Riverview Drive, Ste 100    Anaheim, CA 92808
4542660    HSBC Card Services    PO Box 71104    Charlotte, NC 28272–1104
4542661    Linda Focht    25 W. Columbus Ave.,    Nesquehoning, PA 18240
4558135    M&T Bank    PO Box 1288    Buffalo, NY 14240–1288
4542662    M&T Mortgage    PO Box 900    Millsboro, DE 19966
4596649    Portfolio Recovery Associates, LLC    POB 12914    Norfolk VA 23541
4542663    Receivables Performance    20816 44th Avenue W.    Lynnwood WA 98036
4542664    Sprint    6391 Sprint Parkway    Overland Park KS 66251–4300
4556633    Sprint Corp.    Attn Bankruptcy Dept    PO Box 7949    Overland Park KS 66207–0949

    TOTAL: 21