```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 14-04179-RNO
Vito K. Focht                                                           Chapter 13
        Debtor                        CERTIFICATE OF NOTICE
District/off: 0314-5          User: AutoDocke              Page 1 of 2                  Date Rcvd: May 22, 2020
                              Form ID: fnldecnd            Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 24, 2020.
```
db            +Vito K. Focht,    25 W. Columbus Ave.,    Nesquehoning, PA 18240-1002
4542654       +CCS/First National Bank,    500 E. 60th St., N.,    Sioux Falls, SD 57104-0478
4542655       +Diversified Adjustment,    600 Coons Rapids Blvd NW,    Coon Rapids, MN 55433-5549
4542656       +First National Credit Card,    PO Box 5097,    Sioux Falls SD 57117-5097
4542657       +First Premier Bank,    PO Box 5519,    Sioux Falls, SD 57117-5519
4542660        HSBC Card Services,    PO Box 71104,    Charlotte, NC 28272-1104
4542661       +Linda Focht,    25 W. Columbus Ave.,,    Nesquehoning, PA 18240-1002
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4542649       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 22 2020 19:13:53      Capital One,
               PO Box 30281,    Salt Lake City UT 84130-0281
4542651       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 22 2020 19:13:36      Capital One Bank,
               PO Box 30281,    Salt Lake City UT 84130-0281
4542658        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com May 22 2020 19:10:58
               Gateway One Lending,    3818 E. Coronado St.,,    Suite 100,    Anaheim, CA 92807
4545507        E-mail/Text: GOLF_STBankruptcy@gatewayonelending.com May 22 2020 19:10:58
               Gateway One Lending & Finance, LLC,    160 N. Riverview Drive, Ste 100,    Anaheim, CA 92808
4542659       +E-mail/PDF: gecsedi@recoverycorp.com May 22 2020 19:13:53      GE Capital/Walmart,
               PO Box 965024,    Orlando, FL 32896-5024
4558135        E-mail/Text: camanagement@mtb.com May 22 2020 19:11:04      M&T Bank,    PO Box 1288,
               Buffalo, NY 14240-1288
4542662       +E-mail/Text: camanagement@mtb.com May 22 2020 19:11:04      M&T Mortgage,    PO Box 900,
               Millsboro, DE 19966-0900
4596649        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 23 2020 08:21:36
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4542663       +E-mail/Text: Supportservices@receivablesperformance.com May 22 2020 19:11:13
               Receivables Performance,    20816 44th Avenue W.,    Lynnwood WA 98036-7744
4556633        E-mail/Text: appebnmailbox@sprint.com May 22 2020 19:11:07      Sprint Corp.,
               Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
4542664        E-mail/Text: appebnmailbox@sprint.com May 22 2020 19:11:07      Sprint,    6391 Sprint Parkway,
               Overland Park KS 66251-4300
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4542650*      +Capital One,    PO Box 30281,    Salt Lake City UT 84130-0281
4542653*      +Capital One Bank,    PO BOx 30281,    Salt Lake City, UT 84130-0281
4542652*      +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
                                                                                   TOTALS: 0, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt     on behalf of Creditor    M&T BANK S/B/M KEYSTONE FINANCIAL BANK, N.A. D/B/A
               KEYSTONE FINANCIAL MORTGAGE bkgroup@kmllawgroup.com
              James   Warmbrodt     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              Jason M Rapa    on behalf of Debtor 1 Vito K. Focht jrapa@rapalegal.com,
               ssprouse@rapalegal.com;mhine@rapalegal.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK josh.goldman@padgettlawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK S/B/M KEYSTONE FINANCIAL BANK, N.A. D/B/A
               KEYSTONE FINANCIAL MORTGAGE tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
        TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Vito K. Focht,            Chapter     13

**Debtor 1**

Case No.     5:14–bk–04179–RNO

Social Security No.:
           xxx–xx–1538

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); the case is closed without a discharge having been issued for **Vito K. Focht** in accordance with §1328 of the Bankruptcy Code.

Dated: May 22, 2020           By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: KarenDavis, Deputy Clerk

**fnldec** (05/18)